EXHIBIT "A"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** LOWE'S HOME CENTERS, LLC, North Carolina
**(AVISO AL DEMANDADO):** corporation; JEREMY, an individual; and DOES 1-25, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** GANESSA CABRAL-EDMONSON,
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** an individual.

<table>
<tr><td>FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)</td></tr>
</table>

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>Superior Court of California, County of Tulare<br>221 S. Mooney Blvd.<br>Visalia, California  93291 | CASE NUMBER:<br>(Número del Caso):<br>VCU287570 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Patrick Khalil, Esq.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004                                                    (213) 389-3765

| DATE:<br>(Fecha)   06/30/2021 | Mark Dimas   Clerk, by<br>(Secretario) Mark A. Dias | , Deputy<br>(Adjunto) |
|---|---|---|

Stephanie Cameron

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify):   Lowe's Home Centers, LLC, North Carolina Corporation

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder™ |
|---|---|---|

Assigned to Judicial Officer

# David Mathias

**For All Purposes**

**ELECTRONICALLY FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF TULARE

**06/30/2021**

STEPHANIE CAMERON, CLERK
Mark Dimas, Deputy

Patrick Khalil, Esq. - State Bar No. 315082
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Patrick@downtownlalaw.com

Attorneys for Plaintiff
GANESSA CABRAL-EDMONSON

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF TULARE

| | |
|---|---|
| GANESSA CABRAL-EDMONSON, an individual. | Case No.: VCU287570 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1. NEGLIGENCE<br>2. PREMISES LIABILITY |
| LOWE'S HOME CENTERS, LLC, North Carolina corporation; JEREMY, an individual; and DOES 1-25, inclusive. | [JURY DEMANDED] |
| Defendants. | **Case Management Conference**<br>10/28/2021 08:30 AM - Department 01 |

COMES NOW, Plaintiff, GANESSA CABRAL-EDMONSON, and alleges against Defendants, and each of them, as follows:

1.      Plaintiff GANESSA CABRAL-EDMONSON is an individual and is now, and at all times mentioned in this complaint was, an adult resident of Tulare County, California.

2.      Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants LOWE'S HOME CENTERS, LLC, North

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

1  Carolina corporation; JEREMY, an individual; and DOES 1-25, inclusive, are, and at all

2  times herein mentioned were individuals, corporations, sole proprietors, shareholders,

3  associations, partners and partnerships, joint venturers, and/or business entities unknown,

4  primarily residing and doing business in the county of Tulare, State of California.

5  3.      Plaintiff is informed and believes, and based upon such information alleges that

6  Defendant JEREMY was a supervisor and/or manager of the store at the time of Plaintiff's

7  incident.  Based on information and belief, JEREMY is now, and at all times mentioned in

8  this complaint was, an adult resident of Tulare County, California. It is believed that

9  JEREMY was responsible for the maintenance of the store at the time of Plaintiff's incident,

10  was responsible to verify that there was in place a policy which provided for the maintenance

11  of the store according to industry standards, was responsible for the training and education of

12  the store employees who were tasked with conducting the maintenance of the store, and was

13  responsible for verifying that the store be maintained according to industry standards and

14  sufficient policies and procedures.

15  4.      Defendants DOES 1-25, inclusive, are sued herein under fictitious names, their true

16  names and capacities being unknown to Plaintiff.  Plaintiff will amend this complaint to

17  allege their true names and capacities when ascertained.  Plaintiff is informed and believes

18  and thereon alleges that each of the fictitiously named Defendants is responsible in some

19  manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were

20  proximately caused by those Defendants.

21

22  5.      Plaintiff is informed and believes, and based upon such information and belief alleges

23  that at all times relevant hereto Defendants LOWE'S HOME CENTERS, LLC,  North

24  Carolina corporation; JEREMY, an individual; and DOES 1-25, inclusive, are, and at all

25  times herein mentioned where individuals, corporations, sole proprietors, shareholders,

26  associations, partners and partnerships, joint venturers, and/or business entities unknown,

27  primarily residing and doing business in the County of Tulare, State of California.  At all

28  times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

**2**

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

1  agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and

2  controllers, of a commercial property located at 3020 N Demaree St., Visalia, CA 93291,

3  (hereinafter referred to as "THE SUBJECT PREMISES"), to which building the general

4  public is invited to come.

5  6.      At all times herein mentioned, each of the Defendants were the agents, servants, and

6  employees of their co-defendants, and in doing the things hereinafter alleged were acting in

7  the scope of their authority as agents, servants, and employees, and with permission and

8  consent of their co-defendants.  Plaintiff is further informed and believes, and thereon

9  alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts

10  alleged herein to each of the remaining Defendants.

## FIRST CAUSE OF ACTION

### NEGLIGENCE

#### (Against All Defendants)

7.      Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1

through 6, and by this reference incorporates said paragraphs as though fully set forth herein.

8.      On July 1, 2019 Plaintiff was lawfully on the premises of Defendants' store for the

purpose of purchasing miscellaneous items. As Plaintiff was walking within the subject

premises, suddenly and without warning, a box of tiles and/or similar item fell onto Plaintiff,

thereby causing Plaintiff to sustain the serious injuries and damages described below.

9.      Said Defendants, and each of them, fully and well knew, or should have known in the

exercise of reasonable care, that the structures and/or components and/or other parts of said

building were in a dangerous and defective and unsafe condition, and a menace to Plaintiff

and others lawfully on said premises.

10.     By reason of the aforesaid negligence, carelessness and recklessness of Defendants,

and each of them, as aforesaid, and as a direct and proximate result thereof, a dangerous box

of tiles and/or similar items that were not properly installed, maintained, cleaned and/or

**COMPLAINT FOR DAMAGES**

1  protected at said property causing Plaintiff to sustain the injuries and damages as hereinafter

2  alleged.

3  11.     As a direct and proximate result of the negligence, carelessness and recklessness of

4  Defendants, and each of them, as aforesaid, Plaintiff was hurt in her health, strength and

5  activity, sustaining severe shock and injuries to her person, all of which said injuries have

6  caused, continue to cause, and will in the future cause Plaintiff great physical and emotional

7  pain and suffering; Plaintiff is informed and believes, and therefore alleges, that said injuries

8  are permanent in nature, all to his damage in a sum according to proof.

9  12.     As a direct and proximate result of the negligence, carelessness and recklessness of

10  Defendants and each of them, as aforesaid, Plaintiff has been required to obtain medical

11  services, and Plaintiff has suffered severe emotional distress.

## SECOND CAUSE OF ACTION

### PREMISES LIABILITY

#### (Against All Defendants)

13.     Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1

through 12, and by this reference incorporates said paragraphs as though fully set forth

herein.

14.     On July 1, 2019 Plaintiff was lawfully on the premises of Defendants' store for the

purpose of purchasing miscellaneous items. As Plaintiff was walking within the subject

premises, suddenly and without warning, a box of tiles and/or similar item fell onto Plaintiff,

thereby causing Plaintiff to sustain the serious injuries and damages described below.

15.     On or about July 1, 2019, Defendants LOWE'S HOME CENTERS, LLC,  North

Carolina corporation; JEREMY, an individual; and DOES 1-25, inclusive, carelessly and

negligently owned, rented, managed, leased, supervised, inspected, operated, maintained

and/or controlled the premises located at or near 3020 N Demaree St., Visalia, CA 93291,

such that it was in a dangerous, defective and unsafe condition in conscious disregard for the

risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA 90004

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
**COMPLAINT FOR DAMAGES**

1 | disregard of the Defendants, and each of them, said premises were unsafe and dangerous to

2 | the general public and specifically Plaintiff, GANESSA CABRAL-EDMONSON.

3 | 16.      Defendants LOWE'S HOME CENTERS, LLC,  North Carolina corporation;

4 | JEREMY, an individual; and DOES 1-25, inclusive, and each of them, failed to warn

5 | Plaintiff of said dangerous, defective and unsafe condition, although said Defendants, and

6 | each of them, knew of said condition.

7 | 17.      As a direct and legal result of said carelessness, negligence and conscious disregard

8 | of Defendants LOWE'S HOME CENTERS, LLC,  North Carolina corporation; JEREMY, an

9 | individual; and DOES 1-25, inclusive, and each of them, Plaintiff was seriously injured when

10 | a box of tiles and/or similar item that was not properly handled, installed, maintained,

11 | cleaned and/or protected at said property fell onto Plaintiff and caused Plaintiff to sustain the

12 | injuries and damages as hereinafter alleged.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.      For general damages in a sum according to proof;

2.      For medical, hospital, and related expenses according to proof;

3.      For loss of earnings according to proof;

4.      For loss of future earning capacity according to proof;

5.      For costs of suit herein incurred;

6.      For such other and further relief as this Court may deem proper.

DATED:  June 30, 2021                       **DOWNTOWN L.A. LAW GROUP**

BY: Patrick Khalil, Esq.
Attorney for Plaintiff,
GANESSA CABRAL-EDMONSON

///

*Left margin (vertical):* Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury of all issues so triable.

DATED:  June 30, 2021                    **DOWNTOWN L.A. LAW GROUP**

BY: Patrick Khalil, Esq.
Attorney for Plaintiff,
GANESSA CABRAL-EDMONSON

Downtown L.A. Law Group
601 N.Vermont Ave.
Los Angeles, CA  90004

**6**

**COMPLAINT FOR DAMAGES**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Patrick Khalil, Esq.  SBN: 315082 <br> DOWNTOWN LA LAW GROUP <br> 601 N. Vermont Ave., Los Angeles, CA 90004 <br> TELEPHONE NO.:(213) 389-3765  FAX NO.:(877) 389-2775 <br> ATTORNEY FOR *(Name):*GANESSA CABRAL-EDMONSON | **ELECTRONICALLY FILED** <br> **SUPERIOR COURT OF CALIFORNIA** <br> **COUNTY OF TULARE** <br> **06/30/2021** <br> STEPHANIE CAMERON, CLERK <br> Mark Dimas, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS:221 S. Mooney Blvd.
MAILING ADDRESS:221 S. Mooney Blvd.
CITY AND ZIP CODE: Visalia, CA 93291
BRANCH NAME:County Civic Center

CASE NAME: GANESSA CABRAL-EDMONSON vs. LOWE'S HOME CENTERS, LLC, et. al.

| CIVIL CASE COVER SHEET <br> [X] Unlimited  [ ] Limited <br> (Amount  (Amount <br> demanded  demanded is <br> exceeds $25,000)  $25,000 or less) | Complex Case Designation <br> [ ] Counter  [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: <br> VCU287570 <br> JUDGE: <br> DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*Two
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:6/30/21

Patrick Khalil, Esq.
(TYPE OR PRINT NAME)  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> *www.courtinfo.ca.gov* <br> Westlaw Doc & Form Builder

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition