1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESSA CABRAL-EDMONSON,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>Defendants. | Case No. 1: 21-cv-01404-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE AND FAILURE TO COMPLY WITH LOCAL RULE 135(g)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SERVE THIS ORDER BY MAIL ON PLAINTIFF'S COUNSEL<br><br>**FOUR-DAY DEADLINE** |

A scheduling conference was held in in this matter on November 19, 2021. (ECF No. 3.) Counsel for Plaintiff, Patrick Khalil, failed to appear at the scheduling conference. Further, counsel Patrick Khalil has failed to register for admission to practice in the Eastern District of California.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000). "All attorneys who wish to file documents in the Eastern District of California must be

admitted to practice or admitted to appear <u>pro</u> <u>hac</u> <u>vice</u>.  Admission to practice in the Eastern District of California includes the requirement that the attorney complete an e-filing registration form and receive a username and password." L.R. 135(g) (emphasis in original).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within **four (4) days** from the date of service of this order, counsel for Plaintiff, Patrick Khalil, shall show cause in writing why he should not be sanctioned for failing to appear at the scheduling conference and for failing to register for admission to the Eastern District of California; and

2. The Clerk of Court is DIRECTED to serve this order by mail on Plaintiff's counsel Patrick Khalil.

**Plaintiff's counsel is warned that failure to comply with this order may result in the imposition of sanctions including but not limited to dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 19, 2021**

_____
UNITED STATES MAGISTRATE JUDGE