# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESSA CABRAL-EDMONSON, | Case No. 1:21-cv-01404-NONE-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PATRICK KHALIL TO PAY SANCTION |
| v. | |
| LOWE'S HOME CENTERS, LLC, et al., | (ECF Nos. 4, 10, 13, 14) |
| Defendants. | **DEADLINE: DECEMBER 21, 2021** |

On September 21, 2021, the Clerk of the Court directed Patrick Khalil, counsel for Plaintiff, to register for admission to the Eastern District of California via PACER.gov, as required of all attorneys pursuant to Local Rule 135(g).  (ECF No. 4.)  On November 19, 2021, Patrick Khalil failed to appear at the mandatory scheduling conference set for 11:30 a.m.  (See ECF No. 10.)  On November 30, 2021, after counsel failed to respond to the order to show cause why sanctions should not be imposed for his failure to appear at the scheduling conference and comply with Local Rule 135(g) (id.), an order issued requiring Patrick Khalil to pay $50.00 per day as a sanction for each day until he responded to the order to show cause and registered for admission to the Eastern District of California.  (ECF No. 13.)  On December 6, 2021, Mr. Khalil submitted a response to the order to show cause with proof of his registration through PACER.gov.  (ECF No. 14.)

Having reviewed the response, the Court shall discharge the order to show cause and further sanctions as of December 6, 2021 and require Mr. Khalil to pay sanctions in the total amount of

1

$250.00 for the failure to respond, register with the Eastern District, and appear at the November 19, 2021 hearing.  This amount is calculated from the date of issuance of the order on November 30, 2021 to Mr. Khalil's December 6, 2021 filing, for a total of five days ($50/day x 5 days = $250).  Mr. Khalil indicates in his response that he failed to appear at the scheduling conference because: (1) he did not receive the zoom login information until 11:31 a.m. on November 19; and (2) he experienced connection issues and was unable to join the hearing remotely.  However, had Mr. Khalil registered with the Eastern District back in September 2021, when the Clerk of the Court directed him to do so (and as required of all attorneys appearing in the Eastern District pursuant to Local Rule 135(g)), the Court would have had his email address on file and Mr. Khalil would have received notice of the zoom login information well in advance of the November 19 hearing.  Furthermore, the exhibit attached to Mr. Khalil's filing indicates he did not even attempt to contact the Court prior to the hearing date to obtain the zoom login information, but instead waited until the Court emailed him based on contact information provided by *opposing counsel*.  While the Court appreciates Mr. Khalil's apologies for the inconvenience he caused the Court, Mr. Khalil is directed to promptly review the Local Rules of this District in order to ensure no further inconveniences arise from any ignorance of the local rules and procedures of the Eastern District.

Accordingly, IT IS HEREBY ORDERED that Patrick Khalil shall pay the Clerk of the Court two hundred fifty dollars ($250.00) **no later than December 21, 2021**.  Mr. Khalil shall file proof of payment with the Court once payment is made.  IT IS FURTHER ORDERED that if such payment and proof of payment is not timely made, additional sanctions of $50.00 per day shall issue from December 21, 2021 until full payment is received.

IT IS SO ORDERED.

Dated:  **December 7, 2021**

UNITED STATES MAGISTRATE JUDGE

2