# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESSA CABRAL-EDMONSON,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>Defendants. | Case No.  1:21-cv-01404-NONE-SAB<br><br>ORDER DISCHARGING FURTHER SANCTIONS<br><br>(ECF Nos. 15, 16) |

On November 30, 2021, after counsel for Plaintiff, Patrick Khalil failed to respond to the order to show cause why sanctions should not be imposed for his failure to appear at the scheduling conference and comply with Local Rule 135(g) (ECF No. 10), an order issued requiring Patrick Khalil to pay $50.00 per day as a sanction for each day until he responded to the order to show cause and registered for admission to the Eastern District of California.  (ECF No. 13.)  On December 6, 2021, Mr. Khalil submitted a response to the order to show cause with proof of his registration through PACER.gov.  (ECF No. 14.)

On December 7, 2021, the Court discharged its prior order to show cause and issuance of further sanctions as of December 6, 2021 and ordered Mr. Khalil to pay sanctions in the total amount of $250.00 and file proof of payment no later than December 21, 2021, or additional sanctions of $50.00 per day would issue from December 21, 2021 until full payment was received. (ECF No. 15.)

1

On December 21, 2021, Mr. Khalil filed a declaration averring that he sent a check via FedEx Shipping's overnight service to the Clerk of the Court on December 20, 2021. (ECF No. 16.)  The Court is satisfied Mr. Khalil has adequately responded to the Court's prior order issuing sanctions and shall therefore discharge any further sanctions.

Accordingly, IT IS HEREBY ORDERED that the Court's December 7, 2021 order and any further sanctions arising therefrom are hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 22, 2021**

UNITED STATES MAGISTRATE JUDGE