# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANESSA CABRAL-EDMONSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME IMPROVEMENT CENTER, LLC, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01404-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 36)<br><br>**DEADLINE: DECEMBER 26, 2023** |

On December 5, 2023, the Plaintiff informed the Court that the parties have reached settlement. (ECF No. 36.) Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 26, 2023.

IT IS SO ORDERED.

Dated:   **December 6, 2023**

UNITED STATES MAGISTRATE JUDGE

1